1  Dustin M. Tardiff – SBN 281241
2  TARDIFF & SALDO LAW OFFICES
   P.O. Box 1400
3  San Luis Obispo, CA 93406
4  Tel: (805) 457-4578
   Tax: (805) 457-4581
5  dustin@tardiffsaldo.com

6
7  Attorney for PLAINTIFF, JAMES R. PAPP

8              **UNITED STATES DISTRICT COURT**
9      **FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN**
10                        **DIVISION**

11
12  JAMES R. PAPP,                    ) Case No.:
                                      )
13                     Plaintiff,     )
                                      ) **COMPLAINT FOR COPYRIGHT**
14     vs.                            ) **INFRINGEMENT**
                                      )
15  MARY AGRAN, WINE HISTORY          )
    PROJECT OF SAN LUIS OBISPO        )
16  COUNTY, a California Corporation, ) **(JURY TRIAL DEMANDED)**
17  and DOES 1 through 50, inclusive, )
                                      )
18                     Defendants.    )
19                                    )
20                                    )
21                                    )
22                                    )

23
24
25
26
27
28

                                    1
            PLAINTIFF'S COMPLAINT FOR DAMAGES

Plaintiff JAMES R. PAPP ("PAPP" or "Plaintiff") for its complaint against all Defendants named herein, alleges s follows:

## THE PARTIES

1. Plaintiff JAMES R. PAPP was, and now is, an individual residing in San Luis Obispo, San Luis Obispo County, California.

2. On information and belief, Plaintiff alleges that Defendant, Mary Agran, is an individual residing in San Luis Obispo, San Luis Obispo County, California.

3. On information and belief, Plaintiff alleges that Defendant, Wine History Project of San Luis Obispo County, is a Corporation, duly organized and existing under the laws of the State of California, with its principal place of business in San Luis Obispo, San Luis Obispo County, California.

## JURISDICTION AND VENUE

4. This action arises under the Act of October 19, 1976, Title I § 101, 90 Stat. 2541; 17 U.S.C. § 501; and this court has jurisdiction under the Act of June 25, 1948, c. 646, 62 Stat. 931; 28 U.S.C. § 1338, as hereinafter more fully appears.

5. This action arises under the Copyright Laws of the United States, 17 U.S.C. 101, et seq and, particularly, under 17 U.S.C. 106, 501, and to redress infringements of copyrights. This Court has jurisdiction over the subject matter of this claim pursuant to 28 U.S.C. 1331.

6. Venue properly lies in this Judicial District pursuant to 28 U.S.C. section 1400 and 28 U.S.C. section 1391 (b) and (c) and 1400 (a). Process properly issues from this Court pursuant to Rule 4 of the Federal Rules of Civil Procedure.

7. Defendants, and each of them, are subject to the jurisdiction of this Court and have pictured, reproduced, adapted, displayed, copied, advertised, manufactured, distributed, sold, and/or offered for sale, in this judicial district, products that infringe on Plaintiff's copyrighted work, as hereinafter described.

## GENERAL BACKGROUND

8. In or around 2017, Plaintiff, a United States citizen, wrote a book entitled "Off the Wall and Ahead of the Game: How Archie McLaren Brought the Central Coast Wine Revolution to the World".

9. The book is an original work that may be copyrighted under United States law.

10. Plaintiff applied to the copyright office and received a certificate of registration dated April 4, 2018 and identified as registration number TXU002092659.

11. At all relevant times, Plaintiff has either published or licensed for publication all copies of the book in compliance with the copyright laws and has remained the sole owner of the copyright.

12. After the copyright was issued, Defendants infringed the copyright by publishing and selling a book entitled "Archie McLaren: The Journey from Memphis Blues to the Central Coast Wine Revolution", which was copied from the Plaintiff's book. A copy of the Amazon.com web page where Defendants' book is listed for purchase attached as Exhibit A.

13. Plaintiff has notified the Defendants in writing of the infringement.

14. Defendants continue to infringe the copyright by continuing to publish and sell the infringing book in violation of the copyright, and further has engaged in unfair trade practices and unfair competition in connection with

its publication and sale of the infringing book, thus causing irreparable damage.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. Until this case is decided Defendants and Defendants' agents be enjoined from disposing of any copies of Defendants' book by sale or otherwise;

B. Defendants account for and pay as damages to Plaintiff all profits and advantages gained from unfair trade practices and unfair competition in selling Defendants' book, and all profits and advantages gained from infringing Plaintiff's copyright (but no less than the statutory minimum) as a result of Defendants' willful and unlawful use of Plaintiff's copyrighted material;

C. Defendants deliver for impoundment all copies of the book in Defendants' possession or control and deliver for destruction all infringing copies and all other materials for making infringing copies;

D. Defendants pay Plaintiff interest, costs, and reasonable attorney's fees; and

E. Plaintiff be awarded any other just relief.

//
//
//
//
//
//
//
//
//

**DEMAND FOR JURY TRIAL**

Plaintiff James R. Papp hereby demands a trial by jury of all issues triable by jury pursuant to Federal Rule of Civil Procedure 38(b).

DATED: January 6, 2021

                                              TARDIFF & SALDO LAW OFFICES

                                              /S/ Dustin M. Tardiff
                                              DUSTIN M. TARDIFF
                                              ATTORNEY FOR PLAINTIFF