JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES R. PAPP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARY AGRAN, WINE HISTORY PROJECT OF SAN LUIS OBISPO COUNTY, a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____<br>WINE AND THE VINES, LLC, a California limited liability company,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>JAMES R. PAPP, an individual,<br><br>　　　　Counterdefendant,<br>_____ | CASE NO.: CV 21-105-MWF (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

　　Upon consideration of the parties' Joint Stipulation of Dismissal, and for good cause shown, IT IS HEREBY ORDERED that this action, including the Complaint and Counterclaim, is DISMISSED with prejudice.

Dated:  November 12, 2021　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge

1

i